IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case no.: 1:23-mj-00189-MAU |
| | ) | |
| RALLY RUNNER, | ) | |
| | ) | |
| Defendant. | ) | |

## CONDITIONAL ENTRY OF APPEARANCE

COMES NOW Albert S. Watkins and the law firm of Kodner Watkins and enter as counsel for the Defendant, Rally Runner, formerly known as Daniel Donnelly, Jr., with the understanding the Government will take those measures required to properly amend, by interlineation and such other measures as are necessary, to reflect the Defendant named herein is Rally Runner, being the present lawful name of the former Daniel Donnelly, Jr., the erroneous name ascribed to Defendant herein.

KODNER WATKINS, LC


By:   /s Albert S. Watkins
ALBERT S. WATKINS, LC DC#399625
1200 S. Big Bend Blvd.
St. Louis, MO 63117
(314) 727-9111
(314) 727-9110 Facsimile
albertswatkins@kwstllaw.com

*COUNSEL FOR DEFENDANT*

## CERTIFICATE OF SERVICE

Signature above is also certification that on August 9, 2023 a true and correct copy of the foregoing was electronically filed with the Clerk of the Court utilizing the CM/ECF system which will send notification of such filing to all parties of record.