UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> v. <br><br> **DANIEL DONNELLY, JR,** <br>        **Defendant.** | Case no. 23-mj-189 |

## ORDER

  The Court has reviewed the unopposed motion for leave to appear conditional entry (Dkt. No. 6). Upon consideration, the Court grants that motion.

  **SO ORDERED.**

| | |
|---|---|
| Washington, D.C. <br> August 14, 2023 | HONORABLE MOXILA A. UPADHYAYA <br> United States Magistrate Judge |