IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case no.: 1:23-mj-00189-MAU |
| | ) | |
| RALLY RUNNER, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO AMEND DEFENDANT'S NAME ON THE RECORD**

COMES NOW Defendant, Rally Runner, by and through his undersigned counsel, and for his Motion to Amend Defendant's Name on the Record in the above-styled matter, states to the Court as follows:

1. Defendant has been designated as Daniel Donnelly, Jr. herein;

2. Defendant legally changed his name from Daniel Donnelly, Jr. to Rally Runner in 2017.

3. A true and correct copy of the Order of the Court in the name change proceeding is attached hereto as Exhibit A.

4. Defendant has previously confirmed the foregoing with the Government.

5. The Government consents to the prayer for relief associated with this Motion.

WHEREFORE, Defendant prays this Honorable Court issue an Order directing the amendment of the Defendant's name from Daniel Donnelly, Jr. to Rally Runner.

KODNER WATKINS, LC

By: /s Albert S. Watkins
ALBERT S. WATKINS, LC DC#399625
1200 S. Big Bend Blvd.
St. Louis, MO 63117
(314) 727-9111
(314) 727-9110 Facsimile
albertswatkins@kwstllaw.com

*COUNSEL FOR DEFENDANT*

## CERTIFICATE OF SERVICE

Signature above is also certification that on August 23, 2023 a true and correct copy of the foregoing was electronically filed with the Clerk of the Court utilizing the CM/ECF system which will send notification of such filing to all parties of record.