IN THE CIRCUIT COURT OF _ST. LOUIS COUNTY_, MISSOURI

In re DANIEL JOSEPH DONNELLY JR.

Case No. 17SL-DR02435

Division No. _40_

Petitioner(s),

FILED
JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY
JUL 10 2017

## Change of Name Judgment

**Parties**

1. Appearances (*Check all that apply*)
   - ☒ Petitioner(s) appears in person.
   - ☐ Petitioner(s) appears by attorney.
   - ☐ Petitioner(s) appear by Next Friend.
   - ☐ _____ appears in person.
   - ☐ _____ appears by attorney.

2. The court finds that the change of name(s) would be proper and would not be detrimental to the interests of any other person.

3. The name(s) of Petitioner(s) is/are changed as follows:

| From | To | Birth Date |
|---|---|---|
| DANIEL JOSEPH DONNELLY JR. | RALLY RUNNER | 12/11/1979 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**Change of Birth Records**

4. ☒ It is further ordered that the Division of Health and Senior Services, Bureau of Vital Statistics for the State of Missouri alter the birth certificate(s) of Petitioner(s) to reflect this judgment. This judgment shall be mailed by the Petitioner(s) to the Division of Health and Senior Services
   ☐ It is further ordered that the State of _____ alter the birth certificates(s) of Petitioner(s) to reflect this judgment. This judgment shall be mailed by the Petitioner(s) to the appropriate state of birth of Petitioner(s).

**Notice**

5. ☒ Notice of the change of name(s) shall be published at least once each week for three consecutive weeks in the following newspaper of general circulation: ST. LOUIS COUNTIAN

   ☐ No notice of change of name is to be published because the petitioner is the victim of a crime based upon domestic violence as defined in §455.200, RSMo; or the victim of child abuse as defined in §210.110, RSMo; or the victim of abuse by a family or household member, as defined in §455.010, RSMo.

**Court Costs**

6. ☒ Court costs are to be paid from the court cost deposit(s) previously posted.
   ☐ Court costs are waived.

**Waiver of Right to Rehearing** *(If case is heard by a Commissioner pursuant to §487.010, RSMo et seq.)*

☐ We, the undersigned parties, do hereby acknowledge receipt of the findings and recommendations of the commissioner and waive the right to file a motion for rehearing in this case.

| (If heard by a Family Court Judge) | (If heard by a Family Court Commissioner) Findings and Recommendations of Commissioner: |
|---|---|
| [signature] 7-10-17 <br> Judge DENNIS N. SMITH      Date | _____  _____ <br> Commissioner         Date <br><br> All orders and these findings and recommendations of the Commissioner are confirmed and adopted as the judgment of the court. <br><br> _____  _____ <br> Judge                Date |

A certified copy of this judgment is to be mailed to the following person(s): *(Check all applicable boxes)*

☐ Petitioner's Attorney     ☒ Petitioner     ☐ Petitioner

_____  
(Signature of Attorney)  

_____  
(Printed Name of Attorney)  

_____  
(Street)  

_____ ____ _____  
(City)        (State) (Zip)  

_____  
(Telephone Number)

_____  
(Signature of Petitioner)  
7844 MADISON DR.  
(Street)  
ST. LOUIS    MO    63133  
(City)      (State) (Zip)  

_____  
(Telephone Number)

_____  
(Signature of Petitioner)  

_____  
(Street)  

_____ ____ _____  
(City)        (State) (Zip)  

_____  
(Telephone Number)

I certify and attest that the above is a true copy of the original record of the Court in case number  17SL-OR02435  as it appears on file in my office.

Issued

8/1/17

**JOAN M. GILMER**, Circuit Clerk
St. Louis County Circuit Court

By _____
Deputy Clerk

CCOPR36   Rev. 06/00