# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**DANIEL DONNELLY, JR**<br>**F.K.A. RALLY RUNNER,**<br>                  **Defendant.** | Case no. 23-mj-189 |

## ORDER

This matter having come before the Court pursuant to a Motion To Amend Defendant's Name On The Record (Dkt. No. 13), and upon consideration of the entire record, it is hereby:

ORDERED that the Motion is GRANTED.

**SO ORDERED.**

Washington, D.C.                                              HONORABLE G. MICHAEL HARVEY
August 23, 2023                                             United States Magistrate Judge