IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case no.: 1:23-mj-00189-MAU |
| ) | |
| RALLY RUNNER, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S REQUEST FOR PRODUCTION OF PSYCHIATRIC EVALUATION RECORDS

COMES NOW, Defendant, Rally Runner, by and through his undersigned counsel, and for his Request for Production of Psychiatric Evaluation Records, states to the Court as follows:

1. Defendant was required to get medical or psychiatric evaluation or treatment as directed by U.S. Pretrial Services Office.

2. At the special instance and request of Defendant's PO, on August 16, 2023, Defendant submitted to a psychiatric evaluation.

3. The psychiatric evaluation records were reported to U.S. Pretrial Services Office.

4. Attached hereto as Exhibit A is a signed Authorization for Release of Health Information for Defendant Rally Runner to undersigned counsel related to the production of psychiatric evaluation records in the possession of U.S Pretrial Services.

5. The health information and records sought on behalf of Defendant herein are necessary and unavailable by any means other than by Order of this Court.

WHEREFORE, Defendant respectfully requests that this Court to Order the release of Psychiatric Evaluation Records pursuant to Defendant Rally Runner's Request for Production of Psychiatric Evaluation Records and for other such further relief the Court deems just and proper.

KODNER WATKINS, LC

By: ___/s Albert S. Watkins_____
ALBERT S. WATKINS, LC DC#399625
1200 S. Big Bend Blvd.
St. Louis, MO 63117
(314) 727-9111
(314) 727-9110 Facsimile
albertswatkins@kwstllaw.com

*COUNSEL FOR DEFENDANT*

**CERTIFICATE OF SERVICE**

Signature above is also certification that on September 5, 2023 a true and correct copy of the foregoing was electronically filed with the Clerk of the Court utilizing the CM/ECF system which will send notification of such filing to all parties of record.