

KODNER WATKINS, LC

# AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION

I hereby authorize and request: _all medical records_

To release to:     (My attorneys) _Albert S. Watkins_
_William S. Saunders_
_Law Firm of Kodner Watkins_

**Patient's Name:** _Rally Runner_      **Date of Birth:** _12-11-1979_
**Social Security No.:** _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_   **Date of Loss:** ___

This information is being disclosed for the following reasons/purposes: _legal defense_

I specify that this Authorization for Release of Medical Information includes the following:
(If a box is NOT checked, that information will NOT be sent unless "Entire Record" is checked.)

- [ ] Emergency Room Records
- [ ] History & Physical
- [ ] Operative Reports
- [ ] X-ray Reports
- [ ] EKG
- [ ] Laboratory Reports
- [ ] Pathology Reports
- [ ] Progress Notes
- [ ] Other (please specify): ___

- [ ] Progress Notes
- [ ] Pastoral Care Notes
- [ ] Drug and/or Alcohol Abuse
- [ ] Psychiatry/Psychological Information
- [ ] HIV/AIDS Information
- [ ] Genetic Testing Information
- [x] ENTIRE RECORD
- [ ] ITEMIZED BILLING STATEMENTS

I understand the following:
- This authorization shall expire 180 days from the date of my signature, unless otherwise notified in writing.
- This authorization may be revoked at any time by providing written notice to the healthcare provided above.
- Unless otherwise required by law, recipients of disclosed health information may be subject to re-disclose the information to others without specific authorization.
- A photocopy or facsimile of this authorization may be utilized with the same effectiveness as the original.

_RyR_                                             _9-1-2023_
Signature of Patient/Client                        Date

_____                       _____
If someone else signs on behalf of patient, state your relationships to the patient    Date

Subscribed and sworn to before me this \_\_\_1\_\_\_ day of \_\_September\_\_, 20\_23\_.

My Commission Expires:

Notary Public: _____

EMILY RACHEL BAUGHMAN
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES JUNE 25, 2027
ST. LOUIS COUNTY
COMMISSION #23489485