IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case no.: 1:23-mj-00189-MAU |
| ) | |
| RALLY RUNNER, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S REQUEST FOR MODIFICATION OF PRETRIAL RELEASE CONDITIONS**

COMES NOW, Defendant, Rally Runner, by and through his undersigned counsel, and for his Request for Modification of Pretrial Release Conditions, states to the Court as follows:

1. Defendant was first prescribed medication at the early age of thirteen (13).

2. Defendant was medically diagnosed with bipolarity disorder at the age of eighteen (18).

3. Defendant has also been medically diagnosed with anxiety and insomnia.

4. As a result of Defendant's bipolarity, anxiety, and insomnia, Defendant has been subjected to numerous medications throughout the years for treatment of his underlying medical conditions.

5. The foregoing use of numerous medications previously prescribed came with many medically undesirable side effects, including insomnia, a condition that exacerbates the propensity of bipolar individuals to have increased frequency and duration of bipolar episodes. E.g., Allison G. Harvey et al., *Sleep Disturbance in Bipolar Disorder Across the Lifespan*, CLIN. PSYCHOL (NEW YORK), 2009, at 256-277,

https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3321357/#:~:text=Sleep%20disturbance%20is%20a%20core,American%20Psychiatric%20Association%2C%202000.

6. Sleep deprivation or simply not enough sleep are known to exacerbate episodes of bipolarity. E.g., Katie Swaden Lewis et al., *Sleep Loss as a Trigger of Mood Episodes in Bipolar Disorder: Individual Differences Based on Diagnostic Subtype and Gender*, BR. J. PSYCHIATRY, 2017, at 169-174, https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5579327/.

7. As a result of the foregoing prescribed medication and medically undesirable side effects, Defendant sought alternative forms of treatment and relief.

8. In particular, Defendant began running as a form of rigorous exercise to alleviate anxiety and in his attempt in overcoming his insomnia. This form of exercise became routine and slowly developed into a passion for running that further fueled the formation of Rally Runner as an unofficial mascot for his local major league baseball team, which Defendant continued to run without concern for reaping any benefits or financial gain.

9. Despite this, the realities of life placed Rally's passion for running and its therapeutic release against his need and desire to sustain gainful employment.

10. Defendant's employment as an Uber driver during the late hours of the night naturally stemmed from Defendant's insomnia and inability to sleep during the night.

11. These late hours, Defendant's dedication to maintain employment, and lack of ability to return to his rigorous and routine regiment of running compelled

Defendant to seek alternative forms of relief that would allow him to sleep during the daytime.

12. As a result, Defendant sought and obtained a medical marijuana card issued to his current legal name, Rally Runner, to permit the legal use of marijuana within the State of Missouri.

13. The above-referenced medical marijuana card is valid and set to expire on August 19, 2026. A copy of same is attached as Exhibit A.

14. The product used by the Defendant in this regard is a liquid form of THC and has been successfully used by Defendant solely as a sleep aid for the last eight (8) months.

15. Defendant has attached hereto Exhibit B a letter from his prescribing doctor for the oral ingestion of marijuana to obtain adequate rest.

16. Since the granting by the Court of pretrial release of Defendant herein, Defendant has ceased use of the liquid THC. In turn, Defendant's sleep has severely suffered. This, in turn, has adversely affected the Defendant's normal routines, including the all-important rigorous exercise used by Defendant as a daily means by which to keep episodes associated with his bipolarity in check.

17. Defendant requests that the Court modify the current pretrial conditions in to permit Defendant to re-commence his use of ingesting medically prescribed marijuana in the form of liquid THC to abate the sleep related issues suffered by Defendant during the pendency of the present case.

WHEREFORE, Defendant respectfully requests that this Court to modify pre-trial release conditions to permit the continued use of medical marijuana during the pendency of the above-captioned matter and for other such further relief the Court deems just and proper.

KODNER WATKINS, LC

By:   /s Albert S. Watkins
ALBERT S. WATKINS, LC DC#399625
1200 S. Big Bend Blvd.
St. Louis, MO 63117
(314) 727-9111
(314) 727-9110 Facsimile
albertswatkins@kwstllaw.com

*COUNSEL FOR DEFENDANT*

**CERTIFICATE OF SERVICE**

Signature above is also certification that on September 8, 2023 a true and correct copy of the foregoing was electronically filed with the Clerk of the Court utilizing the CM/ECF system which will send notification of such filing to all parties of record.