

**PAT295898**

EFFECTIVE DATE
08/19/2022

EXPIRY DATE
08/19/2026

MEDICAL MARIJUANA QUALIFYING PATIENT

**Rally Runner**

Date of Birth: 12/11/1979

THIS IDENTIFICATION CARD IS THE PROPERTY OF THE STATE OF MISSOURI AND HAS BEEN ISSUED FOR THE EXCLUSIVE USE OF THE INDIVIDUAL WHOSE NAME APPEARS ON THE FRONT. IT IS NOT TRANSFERABLE AND SHALL BE SURRENDERED UPON TERMINATION OF PARTICIPATION. REPORT ITS LOSS, DESTRUCTION, OR THEFT PROMPTLY TO THE STATE. IF FOUND PLEASE DESTROY.



739296/5/1691598357082