

601 East Dania Beach Blvd
Dania Beach, FL 33004
(251) 377-2688
hieubertt@gmail.com

September 1st 2023

To Whom It May Concern:

Rally Runner (DOB 12/11/1979) is currently under my care and has met the requirements for medical marijuana recommendation under Missouri state law & practicing guidelines. Patient has treatment-resistant insomnia and has not tolerated traditional medication. Patient was granted a recommendation on 07/22/2023 which will be valid until 7/23/2023 as written. Patient has noted significant improvement using oral ingestion of cannabis and may continue to benefit from use if patient is unable to get adequate rest. Any further questions can be directed to the contact information listed above.

Hieu Duong MD