## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | |
| | **:** | **Case No: 23-MJ-189 MAU** |
| | **:** | |
| **RALLY RUNNER,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

### RESPONSE TO (1) DEFENDANT'S REQUEST FOR PRODUCTION OF RECORDS, AND (2) MOTION TO MODIFY CONDITIONS OF RELEASE

On September 5, 2023, the defendant, Rally Runner, asked this Court to order the production of his Psychiatric Evaluation Records. (Doc. 18.) The government does not oppose the release of those records to the defendant.

The defendant also moved on September 8, 2023, to modify his conditions of release to permit his use of medical marijuana during his release. (Doc. 19.) The medical reasons for that request are discussed in the defendant's motion. The government notes that marijuana remains a controlled substance under federal law, but otherwise defers to U.S. Probation and Pretrial Services and to this Court with respect to the defendant's motion.

Respectfully submitted,

*/s/ Eric Boylan*
ERIC BOYLAN
Texas Bar No. 24105519
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20002
(202) 815-8608
eric.boylan@usdoj.gov

1